

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Heather Harris,  * From the 350th District Court
of Taylor County
Trial Court No. 10432-D.

Vs. No. 11-17-00068-CV  * February 7, 2019

Serenity Foundation of Texas,  * Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Heather Harris.